

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00204-CV

| | | |
|---|---|---|
| THE CITY OF SPRINGTOWN, Appellant | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CV21-1205) |
| V. | § | April 25, 2024 |
| KALIE ASHENFELTER, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant The City of Springtown shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Wade Birdwell_____
     Justice Wade Birdwell